ACCEPTED
03-15-00064-CV
4694834
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 2:42:57 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00064-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/30/2015 2:42:57 PM
JEFFREY D. KYLE
Clerk

ELITE AUTO BODY LLC, d/b/a PRECISION AUTO BODY, REY R. HERNANDEZ, YESICA DIAZ, AND DAVID DAMIAN,

*Appellants*

V.

AUTOCRAFT BODYWERKS, INC.,

*Appellee*

ON APPEAL FROM THE 353RD JUDICIAL DISTRICT COURT
TRAVIS COUNTY, TEXAS
HONORABLE TIM SULAK, PRESIDING

**UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Appellee, Autocraft Bodywerks, Inc., pursuant to Rule 38.6(d), Tex. R. App. P., moves the Court for an extension of time for filing Appellee's Brief, and in support of this Motion shows:

1.      This appeal arises out of a suit for misappropriation of trade secrets brought in the 353rd Judicial District Court of Travis County, Texas, entitled *Autocraft Bodywerks, Inc. v. Elite Auto Body LLC, dba Precision Auto Body, Rey R. Hernandez, Yesica Diaz, and David Damian*, Cause No. D-1-GN-14-004535, in which Appellants

sought to dismiss under Chapter 27 of the TEXAS CIVIL PRACTICE & REMEDIES CODE as an action involving the exercise of certain constitutional rights.

2.      The Order Denying Defendants' Motion to Dismiss Pursuant to Chapter 27 of the Texas Civil Practice and Remedies Code of the trial court was signed on January 23, 2015.  The appeal of the order was perfected by Appellants' filing of the Notice of Appeal on January 28, 2015. Appellants' Brief was filed on March 10, 2015.

3.      This is Appellee's first request for an extension of time. The deadline for Appellee to file its brief is March 30, 2015.  No previous extension of time has been requested or granted by the Court.

4.      A reasonable explanation of the need for more time to file Appellee's Brief exists in that aside from counsel's heavy case load, the timing of the filing of the Appellants' Brief has coincided with the maternity leave of one of Appellee's counsel in connection with the birth of her second child, and numerous hearings in several cases in which Appellee's other counsel has been involved that has required extensive briefing and prevented Appellee from spending adequate time to properly brief the Court on the facts and the law relating to the issues which form the basis of this appeal.

5.      Appellee expects to have an opportunity to properly brief the issues on appeal and to file Appellee's Brief with the Court in this case by April 20, 2015.

6.      A twenty-day day extension of time for filing Appellee's Brief will not delay submission of this case in its prescribed order and no harm will result to the Appellants  as a result of the extension of time for filing Appellee's Brief in that the case has not been set for submission.

## CERTIFICATE OF CONFERENCE

7.      Counsel for Appellee conferred with S. Alex King, counsel for Appellants, on March 30, 2015, to discuss the relief sought by this Motion. Appellants' counsel has no opposition to a grant of a twenty (20) day extension of time (to April 20, 2015) to file Appellee's Brief.

## PRAYER

WHEREFORE, Appellee, Autocraft Bodywerks, Inc., requests that the Court enter an Order extending the time to file Appellee's Brief in this case to the 20th day of April, 2015.

Respectfully submitted,

**WINSTEAD P.C.**

By: /s/ James G. Ruiz
James G. Ruiz
State Bar No. 17385860
jruiz@winstead.com
Jacylyn G. Austein
State Bar No. 24069760
jaustein@winstead.com
401 Congress Avenue, Suite 2100
Austin, Texas 78701
Telephone No. (512) 370-2800
Facsimile No. (512) 370-2850

**ATTORNEYS FOR APPELLEE
AUTOCRAFT BODYWERKS. INC.**

# CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served electronically on the 30th day of March, 2015, on the attorney of record listed below:

Rick Harrison
S. Alex King
FRITZ, BYRNE, HEAD & HARRISON, PLLC
98 San Jacinto Blvd, Suite 2000
Austin, TX 78701
rharrison@fbhh.com
aking@fbhh.com

/s/ James G. Ruiz
James G. Ruiz

DALLAS_1/6500029v.1
57457-1  03/30/2015